UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| David E. Waddell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:14-CV-149-BO** |
| Carolyn W. Colvin, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs motion for judgment on the pleadings is GRANTED and defendant's motion for judgment on the pleadings is DENIED. The decision of the ALJ is **REVERSED** and this matter is **REMANDED** to the Acting Commissioner for an award of benefits.

**This Judgment Filed and Entered on June 8, 2015, and Copies To:**

| | |
|---|---|
| Jonathan P. Miller | (via CM/ECF Notice of Electronic Filing) |
| Cassia W. Parson | (via CM/ECF Notice of Electronic Filing) |

DATE:
June 8, 2015

JULIE RICHARDS JOHNSTON, CLERK

(By) /s/ Linda Downing
Deputy Clerk